# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3919

_____

| | | |
|---|---|---|
| Edwin Klein; Ray Bassen; Stephen Podry; Lois Collins; Phyllis Krishan; Wayne Kirby; Ted Abrahams; Rosalie Wiesenthal; Merrill Toles; Edwin Potter; Howard Smith; Emily Taylor; Ralph Goodall; Francis Rast; Ron Molloy; Susan Spies, | * * * * * * * * | |
| Plaintiffs - Appellants, | * * | Appeal from the United States District Court for the |
| Robert B. Reich, Secretary, U. S. Department of Labor, | * * * | Eastern District of Missouri. [UNPUBLISHED] |
| Intervenor Plaintiff, | * * | |
| v. | * * | |
| McDonnell Douglas Corporation, a Maryland corporation, | * * * | |
| Defendant - Appellee. | * | |

_____

Submitted: April 10, 2000
Filed: April 21, 2000

_____

Before BOWMAN and HANSEN, Circuit Judges, and CARMAN,[1] Judge.

_____

[1]The Honorable Gregory W. Carman, Chief Judge, United States Court of International Trade, sitting by designation.

_____

PER CURIAM.

Plaintiffs, who are a class of retired salaried employees of McDonnell Douglas Corporation ("MDC"), sought to enforce a settlement agreement concerning health benefits they had entered into with MDC. The District Court[2] denied their motion to enforce the agreement, and plaintiffs appeal.

The issue presented to the District Court and to us is whether the settlement agreement requires MDC to pay for health insurance program start-up costs and administrative expenses. The District Court ruled that it does not. Having considered the case, we find no reason to disagree with the District Court's decision. Because an extended opinion would add nothing of substance to the thorough and well-reasoned opinion of the District Court, we affirm for the same reasons as those stated in that opinion.

AFFIRMED. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

----

[2]The Honorable Thomas C. Mummert, United States Magistrate Judge for the Eastern District of Missouri, who presided over the case pursuant to the consent of the parties in accordance with 28 U.S.C. § 636(c).